IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GOODWILL INDUSTRIES OF CENTRAL OKLAHOMA, INC., d/b/a GOODWILL CAREER PATHWAYS INSTITUTE, <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | No. CV-20-511-R |

## JUDGMENT

In accordance with the Court's Orders entered this date, Plaintiff's action is dismissed, and judgment is entered in favor of the Defendant.

ENTERED this 9th day of November 2020.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE