# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 18, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Goodwill Industries of Central Oklahoma, Inc., dba Goodwill Career Pathways Institute
v. Philadelphia Indemnity Insurance Company
No. 21-1358
(Your No. 21-6045)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 14, 2022 and placed on the docket April 18, 2022 as No. 21-1358.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst